IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KATRINA FENNER**, as next
friend and mother of
Joshua Stark, a minor,

Plaintiff,

v.                                                              No. 15-0729-DRH

**FREEBURG COMMUNITY HIGH
SCHOOL DISTRICT NO. 77,
SUPERINTENDENT ANDREW LEHMAN**,
in his official and individual capacity, and
**NATALIE RUSHING**, in her official and
Individual capacity,

Defendants.

## ORDER

**HERNDON, District Judge:**

Pending before the Court is defendants' motion to strike portions of plaintiff's complaint (Doc. 11). Specifically, defendants move to strike plaintiff's prayers for punitive damages and plaintiff's references to the Illinois Abused and Neglected Child Reporting Act ("ACT") as immaterial, misleading and inappropriate. In response, Plaintiff concedes that the references to punitive damages should be stricken but she opposes the motion arguing that the references to the Act are material (Doc. 18). As to the punitive damages, the Court **grants** that portion of the motion and **STRIKES** plaintiff's prayers for punitive damages. As to the references to the Act, the Court **denies** that portion of the motion. Based on

plaintiff's reasoning, the Court finds at this stage of the proceedings that plaintiff's references to the Act are material and should not be stricken. Accordingly, the Court **GRANTS in part** and **DENIES in part** defendants' motion to strike portions of plaintiff's complaint (Doc. 11).

**IT IS SO ORDERED.**

Signed this 5th day of November, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.11.05 16:28:19 -06'00'

**United States District Judge**