UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

KATRINA FENNER,

    Plaintiff,

v.

FREEBURG COMMUNITY HIGH
SCHOOL NUMBER 77, et al

    Defendant.                    No. 15-cv-729-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 24, 2016 (Doc. 48), this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:    /s/*Caitlin Fischer*
           **Deputy Clerk**

Dated:  September 29, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.29 09:10:39 -05'00'

APPROVED:
    U. S. DISTRICT JUDGE